CELIA D. WHITE, Respondent, v. THE FISHKILL ELECTRIC RAILWAY CO., Appellant.— Action to recover damages for personal injuries sustained by plaintiff, a pedestrian, when she was struck by defendant's bus. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

### (January 28, 1938.)

ANNA HUNTER and ROBERT HUNTER, Respondents, v. CONSTANT REALTY CORPORATION and Others, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

In the Matter of the Petition of THE QUEENS COUNTY BAR ASSOCIATION with Respect to ABRAHAM M. BROWNSTEIN, H. IRWIN BROWNSTEIN, Admitted as HERMAN I. BROWNSTEIN, and DANA WALLACE, Admitted as DANA D. WALLACE, Attorneys, Respondents.— Motion to confirm report of official referee granted and respondents suspended from the practice of the law for a period of one year. In determining the discipline to be administered in the case of respondents Brownstein, leniency has been exercised because they frankly admitted they paid for the solicitation of negligence cases. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

In the Matter of the Resignation of JOSEPH C. GALLUP, an Attorney and Counselor at Law.— Resignation as an attorney and counselor at law accepted, and name ordered struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.